# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GERALD VON TOBEL,

    Plaintiff,

v.

DR. JOHNS et al.,

    Defendants.

Case No. 3:17-cv-00022-RCJ-VPC

**ORDER**

## I. DISCUSSION

In its January 29, 2018 Screening Order, the Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (ECF No. 4 at 9). The amended complaint therefore is due on February 28, 2018. The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would proceed immediately against Dr. Long on the portion of the complaint alleging deliberate indifference to serious medical needs with respect to treatment for Plaintiff's fingers and hands. (*Id.*) Plaintiff has filed a motion for an extension of time until April 14, 2018 to file his amended complaint. (ECF No. 6 at 1). The Court grants the motion. Plaintiff shall file his amended complaint on or before April 14, 2018.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 6) is granted. Plaintiff shall file his amended complaint on or before April 14, 2018.

IT IS FURTHER ORDERED that, if Plaintiff does not file an amended complaint by April 14, 2018, this action shall proceed immediately only against Dr. Long on the portion of the

complaint alleging deliberate indifference to serious medical needs with respect to treatment for Plaintiff's fingers and hands.

DATED: This 21st day of February, 2018.

_____
United States Magistrate Judge

2