UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| GERALD VON TOBEL,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. JOHNS, *et al.,*<br><br>          Defendants. | Case No.: 3:17-CV-00022-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 50) |

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 50[1]) entered on January 28, 2020, recommending that the Court grant Defendant David Evertt's motion to dismiss (ECF No. 40). No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---
[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 50) is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Defendant David Evertt's Motion to Dismiss (ECF No. 40) is GRANTED.

IT IS FURTHER ORDERED that Defendant David Everett is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

Dated this 4th day of March, 2020.

_____
ROBERT C. JONES
United States District Judge