1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GERALD VON TOBEL, | Case No. 3:17-cv-00022-RCJ-CBC |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| DR. JOHNS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Defendant Dr. Marsha Johns, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Lorin M. Taylor, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Gerald Von Tobel, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /

Page **1** of **3**

1  The Parties have resolved this matter in its entirety and agree that the Court may
2  accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

4  DATED this 21st day of October 2022.    DATED this 17th day of January, 2022.

AARON D. FORD

Attorney General

Gerald Von Tobel #86814
Plaintiff, *Pro Se*

By: _____
Lorin M. Taylor, (Bar No. 14958)
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED January 17, 2023

_____
UNITED STATES DISTRICT JUDGE